United States District Court
Southern District of Texas

**ENTERED**

July 07, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| MOHAMMAD KABIR YAGOBI, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-01000 |
| | § | |
| TODD BLANCHE, *et al.*,[1] | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Supplemental Petition for Declaratory and Injunctive Relief, and Petition Writ of Habeas Corpus, (Dkt. No. 15). Petitioner originally filed his petition pro se and he is now represented by counsel (*See* Dkt. No. 13). Petitioner supplements his original habeas petition. Petitioner now names Todd Blanche, Acting U.S. Attorney General; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; Todd Lyons, Acting Director of ICE; Sylvester Ortega, ICE Field Office Director; and David Cole, Warden of Rio Grande Processing Center, as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition **no later than July 14, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than July 21, 2026.**[2]

The Court **DIRECTS** the Clerk of Court to serve the Supplemental Petition, (Dkt. No. 15), its attachments, (Dkt. No. 16), and this Order on the United States Attorney for the Southern District of Texas via electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

As previously ordered, Respondents are **ORDERED** to notify Petitioner's counsel

---

[1] Petitioner's supplemental petition sets forth new Respondents. (Dkt. No. 15). The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

[2] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least seven (7) days before any such transfer. The parties are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on July 7, 2026.

John A. Kazen
United States District Judge